MARY DAILY Respondent, *v.* CHARLES W. AUSTIN et al., Appellants.

(Argued December 8, 1879; decided January 13, 1880.)

*Samuel Hand* for appellants.

*Allen Taylor* for respondent.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.